Page 1 of 5

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

FILED
2025 SEP 29 P 2:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT COURT EASTERN DIVISION of ALABAMA

_[signature]_
Plaintiff/Petitioner
LAKELAND CEMETERY SERVICES, INC.,
and
EVERSTORY PARTNERS
Defendant/Respondent

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _[signature]_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: SEPTEMBER 19, 2025

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property (such as rental income) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | N/A | N/A | N/A | N/A |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Lakeland Cemetery Services, Inc. | 1195 Flightway Dr. De Pere, Brown Cty WI, 54115 | May 28, 2010 - November 1, 2025 | $ 3,100.00 |
| N/A | N/A | N/A | $ / |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Lakeland Cem. Services | 1195 Flightway Dr De Pere, WI 541145 | 2010-2024 | $ 3,100.00 |
| N/A | N/A | N/A | $ 0.00 |
| N/a | N/A | N/A | $ 0.00 |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo | Checking | $ 0.00 | $ 0.00 |
| N/A N/A | N/A N/A | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 70,000.00 |
| Other real estate (Value) | $ 0.00 |
| Motor vehicle #1 (Value) | $ 25,000.00 |
| Make and year: 2022 Chevy | |
| Model: Equinox | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ 0.00 |
| Make and year: N/A | |
| Model: N/A | |
| Registration #: N/A | |
| Other assets | $ 0.00 |
| (Value) Other | $ N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Ronald K. Cullen | Parent | 61 |
| N/A | N/A | 0 |
| N/A | N/A | 0 |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | | You | Your spouse |
|---|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* Are real estate taxes included? Yes ✔No Is property insurance included? Yes ✔No | | $ 0.00 $ 350.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | | $ 150.00 | $ 350.00 |
| Home maintenance *(repairs and upkeep)* | | $ 350.00 | $ 150.00 |
| Food | | $ 0.00 | $ 350.00 |
| Clothing | | $ 15.00 | $ 0.00 |
| Laundry and dry-cleaning | | $ 150.00 | $ 15.00 |
| Medical and dental expenses | | $ 55.00 | $ 150.00 |
| Transportation *(not including motor vehicle payments)* | | $ 0.00 | $ 55.00 |
| Recreation, entertainment, newspapers, magazines, etc. | | | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | | |
| Homeowner's or renter's: | N/A | $ 0.00 | $ 0.00 |
| Life: | N/A | $ 0.00 | $ 0.00 |
| Health: | Blue Cross Blue Shield of Alabama | $ 10.00 | $ 15.00 |
| Motor vehicle: | Direct Auto Insurance | $ 45.00 | $ 50.00 |
| Other: | N/A | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | | $ 0.00 | $ 0.00 |
| Installment payments | | | |
| Motor vehicle: | Yendo | $ 75.00 | $ 75.00 |
| Credit card *(name):* | PayPal, Earnin, Empower, Cleo | $ 95.00 | $ 95.00 |
| Department store *(name):* | N/A | $ 0.00 | $ 0.00 |
| Other: | N/A | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | | $ 250.00 | $ 250.00 |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|
| Other *(specify)*: N/A | $ | 0.00 | $ | 0.00 |
| Total monthly expenses: | $ | 1,545.00 | $ | 1,555.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☑ Yes   ☐ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ⓨes / No

    If yes, how much? $ 325

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Wrongfully terminated on remain to this case in November 2024. Unemployment exhausted. Retirement savings exhausted. Both of us have serious chronic medical conditions and are unable to work regularly due to the effects but we are working on finding employment.

12. Identify the city and state of your legal residence.
    Anniston, Alabama

    Your daytime phone number: (256) 589-2167   09/19/25

    Your age: 28/35   Your years of schooling: 14

    Last four digits of your social-security number: 3172   09/19/25

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2025 SEP 29 P 2: 01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN FORMA PAUPERIS AFFIDAVIT

*Declaring that the information I have given below is true and correct, I apply to this court for:*

**X** appointment of an attorney.

**X** authority to commence an action without prepayment of fees, costs or security.

### 1. PERSONAL AND FINANCIAL DATA

**Your full name and present mailing address:**

Name: Patrick H. Cullen

400 W BLUE MOUNTAIN RD

ANNISTON, AL 36201

**Telephone** (*if any*): (256)-589-2167

**E-mail** (*if any*): phathackedc@proton.me

**Are you presently employed?**

    Yes

**X** No

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

*NOT APPLICABLE*

**Weekly earnings:**

*NOT APPLICABLE*

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

LAKELAND CEMETERY SERVICES INC

1195 Flightway Drive De Pere, WI 54115

40hrs/wk @ $   .   /hr.

Paycheck account pursuant to hours worked per week, paid on a bi-weekly basis for work season of March - December yearly (*seasonal full-time equivalent*).

Date last worked:

November 1, 2024

Weekly earnings: $= hours worked x hourly rate

**Approximately how much money have you received in the past twelve months: as wages, salary, commissions, or earned income of any kind?**............................ $0

| | |
|---|---|
| as interest, dividends, rents, or investment income of any kind?........................ | $ 0 |
| as gifts or inheritance?............................................................................... | $ 0 |

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? ?............................... $4,500 (state unemployment)

from pensions, annuities, workmen's compensation, disability

| | |
|---|---|
| or other insurance policies? .................................................................. | $ 0 |
| from all other sources?............................................................................. | $ 3,000 |
| (1) How much cash do you own or have? ........................ ....... | $ 0 |

(2) How much money do you own or have in any

checking or savings account?....................... $ 0

Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing?

      Yes _____

      X No

If the answer is "yes," describe the property and state its approximate value:

*NOT APPLICABLE*

**How much money do you owe others?** ........................................................................
$ 20,000

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.

Citi ($850), Possible Finance ($104), Credit One Bank ($1,000), Credit One Bank ($652), First Electronic Bank ($498), Webbank Getting ton ($442), Progressive ($182), Yendo ($6582), Lowes ($2284),Capital

One Walmart ($435), Capitol One - Quicksilver ($600), Capitol One - Quicksilver 2 ($2300), Mission Lane Visa ($600), Target Red Card ($485), Kohls ($375), Amazon Store Card ($4000), Chase Amazon Prime ($2000), Discover Mastercard ($6000), Best Buy ($600), Sale Mandeville ($1,200), Paypal Credit: $1100, William Mandeville ($3,000), Ronald Cullen ($700) Austin Mandeville ($600)

List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

Ronald K Cullen: Father (Cullen)/Father in-law (Mandeville) 80%

Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?

      Yes _____

      X No

If the answer is "yes," give the following information for each such person:

*Not Applicable*

Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

I, *Patrick K. Cullen* respectfully request leave to proceed in forma pauperis in connection with the legal action I am bringing before this honorable court. In November 2024, I, along

with my spouse (*only income earners*) were wrongfully terminated from our long time place employment as a result of whistleblowing activity that alleged misconduct, discrimination and retaliation within our former workplace, some of these allegations now the subject matter of this present filing.

Since our termination, we have faced severe financial hardship. I suffer from chronic medical conditions that have worsened due to the loss of employer-sponsored health insurance, and the defamatory nature of my dismissal has made it extremely difficult to secure new employment. These circumstances have left me without the means to afford the costs associated with pursuing this case.

I understand the gravity of this request and do not make it lightly. Under normal conditions, I would strive to meet the financial obligations of litigation. However, given my current situation, I am unable to do so without undue burden.

I respectfully ask the court to grant this request so that I may continue to seek justice for the harm I have endured. In doing so, the court not only affirms my right to redress but also upholds the principle that individuals who speak out against wrongdoing should not be punished or silenced.

Thank you.

(Attach additional sheets as needed)

## II. EFFORTS TO OBTAIN ATTORNEY

*(To be completed if requesting Appointment of an attorney)*

**A. Have you talked with an attorney about handling your claim?**

X Yes

No

**If "yes," give the following information about each attorney with whom you talked:**

**Attorney: Kim DeArcangeles**

**When:** July 2024

**Where:** Morgan & Morgan

**How** (by telephone, in person, etc.): Telephone, email, website

**Attorney: Scott Stewart**

**When:**  July 2023

**Where:** Gadsden, AL

**How** (by telephone, in person, etc.) Website, phone, in-person, email

**Attorney: Tatum Ginn** *(Paralegal/Intake)*

**When:**  June 2023

**Where:**  Gadsden/Birmingham, AL

**How** (by telephone, in person, etc.)  Online, phone, email.

**Attorney: <u>Michael Roberts</u>,**

**When:** August 2023

**Where:** Cusimano, Roberts, & Knowlton Gadsden, AL

**How** (by telephone, in person, etc.)


**Attorney: <u>Martin & Martin</u>**

**When:** 2023, 2024

**Where:** Huntsville/Birmingham

**How:** Email, Phone

**Attorney:** Sam Bone

**When:** 2023, 2024

**Where:** Gadsden, Al

**How:** Email


**Attorney: <u>Heather Leonard</u>**

**When:** 2023, 2024

**Where:** Gadsden/Birmingham, Al

**How:** Phone, email

*NOTE: Please contact me if an exhaustive list is necessary. I have included only a few for the sake of reducing paperwork, but can provide if needed.*

**Explain any other efforts you have made to contact an attorney to handle your claim.**

I believe I have made every reasonable effort to obtain legal representation for this case. To date, I have contacted nearly fifty attorneys and law firms, both within Alabama and across the country. While I cannot definitively say how my situation might differ had I been able to pay a retainer fee upfront, I suspect that my inability to do so—combined with the complexity and relatively recent enforcement of Affordable Care Act (ACA) provisions against businesses—has contributed significantly to the difficulty in securing counsel.

Beyond direct outreach to attorneys and firms, I have actively pursued alternative avenues for assistance. I have utilized the Alabama State Bar Referral Program on multiple occasions, reached out to low-income legal aid centers, law schools, pro bono initiatives, and volunteer legal networks. I have also explored online legal matching services and case posting platforms, including Legal Match, ABA Free Legal Answers, Avvo, Justia, and similar resources

Despite these extensive efforts, I have been unable to secure representation. I remain committed to pursuing this matter and respectfully ask the court to consider these circumstances in support of my request.

**Any other information which supports your application for the court to appoint an attorney for you:**

I respectfully ask that the Court recognize I do not come before it as a pro se litigant by choice. I have found myself at the center of a case that is highly complex, involving multiple areas of employment and tort law, and opposing entities with substantial legal resources. These parties appear to be using delay tactics to prolong the process, seemingly in hopes that I will no longer be able to afford to pursue justice. They have nearly succeeded—before I have even had the opportunity to present my case.

I am not a legal expert. I have exhausted every resource available to me simply trying to navigate the administrative process prior to bringing this matter before the Court. I believe that having legal counsel would benefit all parties involved, allowing this case to proceed through the Court's procedures in a timely and effective manner.

While I am confident in the merits of my claims and possess documentation to support each allegation, I fear that my lack of experience with procedural rules may hinder my ability to present the case efficiently. This not only places a burden on me, but also on the Court and the opposing parties.

I ask only for the opportunity to present the facts of this case in a manner that promotes fairness, efficiency, and justice for all involved.

**D. Name and address of each attorney who has represented you in the last ten (10) years for any purpose:**

- Chase Arnold (Cullen, unrelated to this case)

- Justin Wilson *(Former, unrelated to this case)*

*(Attach additional sheets as needed)*

### III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I, _Patrick V. Cullen_ declare that the information given on the preceding pages is true and correct.

Date: <u>September 19, 2025</u>

_____
*(Name)*

_____09/19/25_____
*(Signature)*