FILED
2025 Sep-30 AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNTED STATES DISTRICT COURT
Office of the Clerk
Northern District of Alabama
Room 140
United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

## NOTICE

This is to confirm that you have filed a complaint in the United States District Court, Northern District of Alabama, which has been docketed on 9/29/2025.

The action is captioned as Cullen v Lakeland Cemetery Services Inc. et al and has been assigned the case number 1:25-cv-1665-CLM. Your caption and case number must appear on all future filings in this action. All filings must be sent to the address above.

This office will keep you informed of the status of your case by sending you copies of all orders of the court. **Your claims may be dismissed if you do not keep the court advised of your current mailing address.** If your address changes, you should file a notice of change of address in **each case** you have pending in this court. You cannot file a notice in one case and expect it to apply in another case.

The court will address your case in due course.

GREER M. LYNCH
CLERK OF COURT